UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED
DEC - 7 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  Criminal No. 2:12-cr-00222
26 U.S.C. § 7206(1)

DEBORAH S. STARKS

# I N F O R M A T I O N

The United States Attorney Charges:

1. On or about the 15th day of April 2009, at or near Cross Lanes, Kanawha County, West Virginia and within the Southern District of West Virginia, defendant DEBORAH S. STARKS did willfully make and subscribe a joint U.S. Individual Income Tax Return Form 1040 for calendar year 2008 which verified by written declaration that it was made under the penalties of perjury.

2. At the time she made and subscribed the U.S. Individual Tax Return Form 1040, defendant DEBORAH S. STARKS did not believe it to be true and correct as to every material matter in that she reported taxable income for year 2008 to be $13,872 when she then and there well knew and believed that the true taxable income for calendar year 2008 was greatly in excess of that amount.

In violation of Title 26, United States Code, Section 7206(1).

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____
EUMI L. CHOI
Assistant United States Attorney