# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 1/4/2013                                                    Case Number 2:12-cr-00222

Case Style: USA vs. Deborah S. Starks

Type of hearing Plea Hearing

Before the honorable: 2508-Copenhaver

Court Reporter Barbara Steinke                         Courtroom Deputy Kelley Miller

Attorney(s) for the Plaintiff or Government Eumi Choi

Attorney(s) for the Defendant(s) William Murray

Law Clerk                                                          Probation Officer Michele Jones

## Trial Time

## Non-Trial Time

Plea Hearing

## Court Time

10:11 am   to 11:21 am
Total Court Time: 1 Hours 10 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

10:00 case set

10:11 - case called - purpose of hearing for defendant to enter plea to the one-count amended information pursuant to a plea agreement - defense counsel confirms that is correct

Defendant sworn - gave personal information

Court read the amended information - defendant understands
Court gave elements - defendant understands

Waiver of indictment received and filed

Court explained the provisions of the plea agreement - government read into the record the stipulation of facts

Court explained constitutional rights, maximum penalties, supervised release, additional term, advisory sentencing guidelines, relevant conduct

Guilty plea received and filed

Defendant gave factual basis

Court finds factual basis, accepts plea and plea agreement and adjudges defendant guilty

Directs PSI - sentencing set for 1:30 pm on April 2, 2013

Bond - defendant released on $10,000 unsecured bond

# District Judge Daybook Entry

11:21 concluded