

**U.S. Department of Justice**

Tax Division

Southern Criminal Enforcement Section
P.O. Box 972, Ben Franklin Station
Washington, D.C. 20044

(202) 514-5145
Telefax: (202) 514-0961

KK:BMS:RPerlmutter:tj
5-84-2119
2012202082

AUG 29 2012



CERTIFIED MAIL - RETURN RECEIPT REQUESTED

R. Booth Goodwin, II, Esquire
United States Attorney
Southern District of West Virginia
300 Virginia Street, East
Room 4000
Charleston, West Virginia 25301

Attn: AUSA Eumi Choi

                Re:    Deborah S. Starks
                      Charleston, West Virginia

Dear Mr. Goodwin:

    Reference is made to a letter dated July 30, 2012, from the Acting Special Agent-in-Charge, Internal Revenue Service, Pittsburgh, Pennsylvania, recommending prosecution of the above-styled matter.

    The Tax Division has determined that prosecution of Deborah S. Starks is warranted for the limited purpose of accepting a plea of guilty to the proposed charge, and you are requested to initiate such action. The Service's reports and exhibits are enclosed

    Any materials prepared by the Tax Division, including the prosecution memorandum, are attorney work product and should not be disclosed to anyone outside of your office.

Sincerely,

KATHRYN KENEALLY
Assistant Attorney General
Tax Division

By: *Bruce M. Salad* by TLG
BRUCE M. SALAD
Chief, Southern Criminal
Enforcement Section

Enclosures
1 CD

cc: Acting Special Agent-in-Charge
    Pittsburgh, Pennsylvania